UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMPHENOL CORPORATION,<br>Plaintiff<br>v.<br>RICHARD PAUL,<br>Defendant. | Civil Action No. 3:12-cv-543 (AVC)<br><br>(Electronically Filed) |

**AFFIDAVIT OF GARRY A. PATE**

COMMONWEALTH OF PENNSYLVANIA :
: ss
COUNTY OF PHILADELPHIA :

I, Garry A. Pate, being duly sworn according to law, do hereby depose and state as follows:

1. I am a Senior Forensic Consultant at Capsicum Group, LLC. My primary responsibility is to manage and conduct digital forensics, data recovery and EDiscovery examinations.

2. For the previous six years, I served as an IT Forensic Analyst at the US Securities and Exchange Commission's Division of Enforcement. I have over 10 years of federal government experience conducting digital media examinations for cases involving fraud, computer crimes and child pornography.

3. I have a Bachelor's degree in Criminal Justice from the University of Maryland at College Park and a Master's degree in Information Technology from American University.

4. On March 21, 2012, I was provided with a Dell Latitude e6400 laptop computer, serial number 9p21vl1, that I understand to be the computer that Rich Paul returned to Amphenol on

March 9, 2012 when he resigned. I immediately made an image of the hard drive to preserve it for evidential purposes. I also made working copies for analysis and searching..

5. As part of my investigation of Paul's laptop, among other things, I looked at what files were on the laptop, when files were accessed, what files had been copied, what types of storage devices had been connected to the laptop, what files had been transferred, etc.

6. As a result of my review of the laptop, I determined that 25 external mass storage devices had been connected to the laptop. Two of those devices were large capacity hard drives (a Western Digital My Book and a Western Digital My Passport), and two were thumb drives. A spreadsheet of the serial numbers of those devices is attached hereto as Exhibit A.

7. I was also able to determine that Paul's contact list was exported from the laptop on February 23, 2012.

8. On March 8, 2012, a mass storage device was connected to the laptop which had the capacity to hold several gigabytes of data.

9. On April 26, 2012I was provided with an "Imation" thumb drive, a thumb drive labeled "Amphenol" and the Western Digital My Passport identified above.

10. The Passport had a substantial amount of Amphenol work related documents on it. Running the search term "Amphenol" alone came up with 26 gigabytes of Amphenol files. That translates to approximately several thousand pages of documents.

11. I found that the following files had been created on the My Passport on February 26, 2012: POS Pivot_March_2011.xls (there were 4 versions of this); POS Pivot_May_2011.xls; POS Pivot_HIS_ May_2011.xls; POS Pivot_June_2011.xls; POS Pivot_August _2011.xls; POS Pivot_October_2011.xls; POS Pivot_November_2011.xls; POS Pivot_January_2012.xls.

12. The Passport was last accessed on March 28, 2012.

13. I found that the file POS Pivot_December_2011.xls had been created on January 30, 2012 to the Imation thumb drive.

All of the descriptions and the representations I have made in this Affidavit I believe are true, accurate and correct to the best of my knowledge and information. I stand ready to testify concerning these matters if and when called upon by the Court to do so.

Garry A. Pate

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, by Garry A. Pate, who is personally known to me, who executed the foregoing in my presence and who did take an oath this 17th day of May, 2012.

Notary Public

My commission expires: My Commission Expires October 21, 2015



DM1\3327303.1