# EXHIBIT 3

TE connectivity

Charles C. Post
Vice-President,
Labor & Employment Counsel
M.S. 161-022
P.O. Box 3608
Harrisburg, PA 17105-3608
Tel (+1) 717-810-4937
Fax (+1) 717-810-4964
charles.post@te.com

March 27, 2012

**VIA E-Mail and Regular Mail**

James L. Beausoleil, Jr.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

RE: Richard L. Paul

Dear Mr. Beausoleil:

In response to your letters of 3/21 to Mr. Paul and 3/22 to Mr. Scott, as I said in our phone conversations 3/23 and 3/26, I want to confirm that TE's employment of Mr. Paul (scheduled to start 4/2) is not designed to harm your client's legitimate interest in its confidential information. In addition, we believe the application of Amphenol's post-employment obligations to Mr. Paul's prospective TE duties would be unenforceable in the particular circumstances we have here. In order to prevent unnecessary litigation costs (and save Amphenol payment of 50% of Mr. Paul's salary), as you requested, I will summarize Mr. Paul's duties.

Mr. Paul will be Vice President of Product Management & Pricing, reporting to Kevin Rock, President of our Aerospace, Defense & Marine business. Mr. Paul's duties will be to lead product strategy and global pricing initiatives in our wire and cable, relays, heat shrink component and legacy AMP brand connector product lines.

Mr. Paul will not be required to use and will not use Amphenol's confidential information for TE's benefit. To respond to what appears to be Amphenol's major concern, for at least a year Mr. Paul will have no input in TE's prospective Deutsch business, its manufacturing facilities, engineers, product or personnel. Deutsch will be a stand-alone business with locations separate from other A,D&M locations.

Further, for a year Mr. Paul will not attempt to divert Amphenol customers and suppliers (with whom he has had contact in the last year) to do business with TE instead. Also, for a year he will not attempt to solicit Amphenol employees with whom he worked in the last year.

I trust these commitments will give your client assurance that it faces no harm to its legitimate interests. I look forward to your response.

Sincerely,

Charles C. Post