UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMPHENOL CORPORATION,<br>Plaintiff<br>v.<br>RICHARD PAUL,<br>Defendant. | Civil Action No. 12-00543-AVC<br>JURY TRIAL DEMANDED<br>**EMERGENCY RELIEF REQUESTED** |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ORDER ON COURT'S AMENDED RULING AND EMERGENCY CROSS-MOTION TO EXTEND THE INJUNCTION PERIOD**

AND NOW Plaintiff, Amphenol Corporation, by and through its undersigned counsel, hereby: (1) responds and opposes Defendant's Motion for Order on Court's Amended Ruling, and (2) cross-moves for an order extending certain portions of the injunction order (ECF Doc. 101). The basis for Plaintiff's opposition and cross-motion is more fully set forth in Plaintiff's concurrently filed Memorandum of Law, the Affidavit of Mark Ross, and the supporting exhibits filed herewith.

WHEREFORE, Plaintiff Amphenol Corporation respectfully requests that this Court continue to enjoin and restrain Defendant Richard Paul as follows:

1. Until November 9, 2013, Paul shall have no involvement and/or offer or be asked for any input regarding or relating to the Deutsch acquisition by and/or integration into TE and the post-merger operations of Deutsch;
2. Up to and including until November 9, 2013, Paul shall not have responsibilities for connectors or interconnects of any kind;
3. Amphenol shall cease its payments of non-compete pay on March 9, 2012; and

4. All other aspects of the injunction order (ECF Doc. 101) are unchanged and remain in full effect.

Respectfully submitted,

/s/ James L. Beausoleil, Jr. (phv05434)
James L. Beausoleil, Jr., Esq.
Anthony L. Gallia, Esq.
James J. Halligan, Esq.
**OF COUNSEL:**
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19106-4196
Tel: 215-979-1120/1127/1187
Fax: 215-979-1020
*Attorneys for Plaintiff*
*Amphenol Corporation*

Michael C. Jankovsky, Esq.
QUATRELLA & RIZIO, LLC
One Post Road
Fairfield, CT 06824
Tel: 203-255-9928, ext. 324
Fax: 203-255-6618
E-mail: mjankovsky@qrlaw.com

Dated: February 25, 2013

**CERTIFICATE OF SERVICE**

I, James J. Halligan, Esquire, do hereby certify that a true and correct copy of the foregoing Opposition to Defendant's Motion for Order on Court's Amended Ruling and Emergency Cross-motion to Extend the Injunction Period was electronically filed with the Court on the below listed date and is available for viewing and downloading from the ECF System. All counsel of record were served via electronic notification.

Dated: February 25, 2013

/s/ James J. Halligan
James J. Halligan, Esq.