# EXHIBIT 28

AMPHENOL CORPORATION,

Plaintiff

v.

RICHARD PAUL,

Defendant.

Civil Action No. 3:12-cv-543 (AVC)

(Electronically Filed)

**AFFIDAVIT OF MARK ROSS**

STATE OF ______________________ :
: ss
COUNTY OF ______________________ :

I, Mark Ross, being duly sworn according to law, do hereby depose and state as follows:

1. I am the Director for Distribution Sales for Amphenol Corporation's Military Aerospace Operations and have been in this position since March of 2010.

2. I have personal knowledge of the facts set forth in this Affidavit and stand ready to testify concerning these matters if and when called upon by the Court to do so.

3. In addition to connectors, Amphenol manufactures, among other things, connector accessories, adapters, contactors, wire and cable, and fiber optic products.

4. Amphenol manufactures connector adapters referred to as [redacted]

5. TE manufactures a similar line of connector adapters referred to as [redacted]

6. [redacted] adapters are directly competitive with Amphenol' [redacted] s.

of their manufacture, development, marketing, and distribution.

8. While employed at Amphenol, Paul was instrumental in the development of Amphenol's [redacted] connector products, otherwise known as [redacted]

9. Th[redacted] are designed for various harsh industrial and commercial applications, as well as military and aerospace applications. Th[redacted] meet or exceed some military specifications[redacted]

10. Th[redacted]s can be worn by soldiers to interconnect their technological equipment, such as radio, cameras, and GPS.

11. Prior to April 2012, [redacted] products were the largest manufacturer by volume in this niche market.

12. At Amphenol, Paul was part of the team that identified the need to improve upon Amphenol[redacted]s and, as Director of Marketing, steered that initiative.

13. Paul was in charge of the Product Group responsible for starting the [redacted] and was in daily contact with those responsible for its development.

14. As a result, Paul has intimate knowledge of all aspects of the [redacted] including its engineering, pricing, price margins, distributor preferences, etc.

15. As of April 2012, TE did not manufacture a product line that was competitive with either Amphenol[redacted]

16. However, when TE merged with Deutsch in April 2012, TE acquired Deutsch's [redacted]s, which does compete in the [redacted] market.

17. Paul and Amphenol executed the IPA at Amphenol's facility in Sidney, New York.

true, accurate and correct to the best of my knowledge and information. I stand ready to testify concerning these matters if and when called upon by the Court to do so.

Mark Ross

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, by Mark Ross, who is personally known to me, who executed the foregoing in my presence and who did take an oath this 25 day of February, 2013.

Notary Public

My commission expires:



DM1\3740267.1